# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

IN RE: GEORGE CAMPBELL, JR.                    Case No. 3:09cv253 LAC/MD

_____

## ORDER

**PETITIONER'S CORRESPONDENCE TO JUDGE DAVIS received by the Clerk of Court on September 17, 2009**, was referred to the undersigned with the following deficiencies:

> Your document is not properly captioned for this court. Every paper you file after the complaint must have the name of this court, the case style (the names of the parties), the case number and a title. The title of your pleading, motion, or other paper shall immediately follow the style of the case and shall include a clear, precise and specific identification of the document being filed, the filing party, and in the case of responsive filings, the document to which the response is made. N.D. Fla. Loc. R. 5.1(B)(1)-(2).

> You cannot request relief from the court in letter form, nor should you correspond with the court in letter form. Judges will not, as a matter of policy, respond to personal correspondence when it pertains to a pending case. This policy is in keeping with their sworn duty to maintain complete impartiality in the exercise of duties. Judicial decisions and opinions are, quite properly, only delivered in response to those legal instruments filed with the Clerk's office in accordance with governing rules of procedure. The court will return unfiled any correspondence addressed directly to a district judge or magistrate judge.

> The document does not have a proper signature block. The typed or printed name, prisoner ID number and address (including the nine-digit zip code) of the party filing the document must be included in the signature block. An original signature must be affixed to any document which is filed in paper form. *See* N.D. Fla. Loc. R. 5.1(B)(5).

For these reasons, IT IS ORDERED that:

The submitted hard copy of the document shall be returned to you by the Clerk without electronic filing. It may be resubmitted after the above noted deficiencies are corrected. **UNLESS PETITIONER FILES A RESPONSE TO THE COURT'S ORDER TO SHOW CAUSE BY OCTOBER 8, 2009, THIS CASE WILL BE DISMISSED WITHOUT FURTHER NOTICE.**

DONE and ORDERED this 18th day of September, 2009.

/s/ *Miles Davis*

**MILES DAVIS**
**UNITED STATES MAGISTRATE JUDGE**